# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHARLES E. OWEN,

    Plaintiff,

v.                                    CASE NO. 4:14cv460-RH/CAS

CORIZON HEALTH, INC. et al.,

    Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 10. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a preliminary injunction, ECF No. 5, is DENIED without prejudice. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on October 15, 2014.

                                             s/Robert L. Hinkle
                                             United States District Judge